

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

July 27, 2021

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.
>
> July 28, 2021

Re: *Pierce v. Contract Callers, Inc., et al.*
    *Case No. 1:21-cv-5680 (JMF)*

Dear Judge Furman:

This firm represents Defendants Contract Callers, Inc. and Diverse Funding Associates, LLC (collectively "Defendants") in the above matter. We write to respectfully request that Defendants be excused from participating in early mediation. (See ECF Doc. 8).

By way of background, Plaintiff's Complaint purports to assert individual and class claims against Defendants for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). Earlier this evening Defendants filed a motion to dismiss the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). (ECF Docs. 12-14).

Given that this is a putative class action and Defendants' motion could dispose of entire case, Defendants respectfully submit that an early mediation would not be productive. Defendants would be willing to revisit the issue in the event the Complaint withstands the pending motion.

We thank the Court for its consideration.

Respectfully submitted,

Kaufman Dolowich & Voluck, LLP

By: _____
    Adam M. Marshall, Esq.

cc:   All Counsel via ECF

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago