UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ANTHONY PIERCE,                                                      :
:
                       Plaintiff,            :         21-CV-5680 (JMF)
:
          -v-                                                            :                ORDER
:
CONTRACT CALLERS INC., et al.,                                       :
:
                      Defendants.           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 20, Defendants' earlier motion to dismiss filed at Docket No. 12 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 17, 2021**. Defendants' reply, if any, is due by **September 24, 2021**.

       The Clerk of Court is directed to terminate Docket No. 12.

       SO ORDERED.

Dated: September 9, 2021
       New York, New York
                                                        JESSE M. FURMAN
                                                United States District Judge